UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

MARSHALL SIDELL CREW,

        Petitioner,

v.

SCOTT SPEER,

        Respondent.

Case No. 2:25-cv-00167-RSM-TLF

ORDER

The Court, having reviewed the Report and Recommendation, Dkt. #5, the petition, Petitioner's Objections, Dkt. #6, and the remaining record, hereby finds and ORDERS:

1. The Report and Recommendation, Dkt. #5, is approved and adopted;

2. Petitioner's federal habeas corpus petition is DISMISSED without prejudice as duplicative of an earlier-filed and pending petition;

3. No certificate of appealability should be issued because Petitioner has not made a substantial showing of the denial of a constitutional right in this matter, see 28 U.S.C. § 2253(c)(2); and

4. The Clerk is directed to send copies of this Order to petitioner, to Magistrate Judge Theresa L. Fricke and to any other party that has appeared in this action.

Dated this 19th day of March, 2025.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

ORDER - 1